JOHN GILHOOLEY v. JERSEY CITY STATE COLLEGE.

June 3, 1986.

Petition for certification denied.

NAOMI WILZIG, ET AL. v. SELIG J. SISSELMAN,
ETC., ET AL.

June 3, 1986.

Petition for certification denied. (See 209 *N.J.Super.* 25)

ALLAN MARAIN v. BRUNSWICK BANK & TRUST.

June 3, 1986.

Petition for certification denied.

ALLAN MARAIN v. BRUNSWICK BANK & TRUST.

June 3, 1986.

Cross-petition for certification denied.